# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

In re: **LEONARD SWITZER and HELEN SWITZER,**

                Debtors,

CASE NUMBER: **06-MISC-61**
Bankr. Case No. 2005-40871-SVK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the U.S. Trustee's Motion for Assessment of Damages against Violetta Joseph is GRANTED.**

**Pursuant to 11 U.S.C. § 110(i)(1), Violetta Joseph is ordered to immediately pay the Debtors Leonard Switzer and Helen Switzer $150.00 for their actual damages and $2,000.00 statutory damages for a total judgment in favor of Leonard Switzer and Helen Switzer the sum of $2,150.00.**

**This action is hereby DISMISSED.**

    **December 4, 2006**
Date

Clerk

 s/ Linda M. Zik
(By) Deputy Clerk

Approved by:

 s/ Rudolph T. Randa
Hon. Rudolph T. Randa, Chief Judge